IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| STATE OF COLORADO,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, MERRICK B. GARLAND<br><br>Defendants-Appellants. | No. 20-1256 |

**NOTICE OF AMENDED JUDGMENT AND
MOTION TO VOLUNTARILY DISMISS APPEAL UNDER FEDERAL
RULE OF APPELLATE PROCEDURE 42(b)**

Pursuant to this Court's order of April 30, 2021, the government writes to inform the Court that yesterday, May 4, the district court granted the parties' joint motion to amend the judgment in this case under Federal Rule of Civil Procedure 60(b). *See* Doc. 55 (attached).

To consummate an agreement reached by the parties to resolve this matter, the government now respectfully moves to voluntarily dismiss its appeal in this matter under Federal Rule of Appellate Procedure 42(b), with each party to bear its own costs. The State of Colorado consents to this motion.

        Respectfully submitted,

        DANIEL TENNY

        /s/ *Brad Hinshelwood*
        BRAD HINSHELWOOD
        (202) 514-7823
           Attorneys, Appellate Staff
           Civil Division
           U.S. Department of Justice
           950 Pennsylvania Ave., N.W.
           Room 7256
           Washington, D.C.  20530

MAY 2021

## COMBINED CERTIFICATES

No privacy redactions were required in this document. In addition, this document was scanned for viruses using Symantec Endpoint Encryption, version 14, updated April 25, 2021, and was found to be free of viruses.

/s/ *Brad Hinshelwood*
Brad Hinshelwood

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2021, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

    /s/ *Brad Hinshelwood*
    Brad Hinshelwood